**Order entered January 6, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00103-CR

**CHARLIE JESUS VICENTE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-1745411-J**

## ORDER

The State's second motion to extend the time for filing a brief is **GRANTED**. The

State's brief, received on December 30, 2019, is **ORDERED** filed as of the date of this order.

/s/    DAVID L. BRIDGES
PRESIDING JUSTICE
